UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  17-22435-CIV-MARTINEZ-OTAZO-REYES

FELICITA EL HASSAN,

    Plaintiff,

vs.

LIBERTY HOME EQUITY SOLUTIONS,
INC. and ROBERTSON, ANSCHUTZ &
SCHNEID, P.L.,

    Defendants.

_____/

## REMOVAL STATUS REPORT

**COMES NOW** Defendant Liberty Home Equity Solutions, Inc. ("Liberty"), by and through its undersigned counsel, and hereby files this Removal Status Report and states as follows:

1.    **Statement of the Nature of the Claim and Parties**: On May 11, 2017, Plaintiff Felicita El Hassan ("Plaintiff") filed a "Complaint and Demand for Jury Trial" against Liberty and Robertson, Anschutz & Schneid, P.L. ("RAS") in the Eleventh Judicial Circuit Court for Miami-Dade County, in an action styled *Felicita El Hassan vs. Liberty Home Equity Solutions, Inc. and Robertson, Anschutz & Schneid, P.L.*, Civil Action Number 2017-CA-011397 ("Circuit Court Action").  In the Complaint, Plaintiff alleges claims against Liberty and RAS for purported violations of the Fair Debt Collection Practices Act, the Real Estate Settlement Procedures Act, Florida's Consumer Collection Practices Act, intentional infliction of emotional distress, and malicious prosecution.  (Not. of Removal at Dkt. 1, p. 1; Compl. at Dkt 1-1.)

2. **Statement of the Grounds for Removal**: This action was removed based on federal question jurisdiction pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.  (*See also* Dkt. 1, pp. 2-3.)

3. **All Pending Motions**:  Prior to removal, Defendant RAS filed a Motion to Dismiss in the Circuit Court Action.  (Dkt. 1-2, pp. 123-134.)  After removal, Defendant Liberty also filed a separate Motion to Dismiss with this Court.  (Dkt. 11.)  Plaintiff filed responses to both Motions to Dismiss on July 27, 2017.  (Dkt. 21, 22.)

4. **Co-Defendant's Consent.**  Co-Defendant RAS has consented to removal through its attorneys, Jarrett Cooper and David Rosenberg.  (Dkt. 1, p. 2.)

5. **Timely Removal.**  This removal was timely under 28 U.S.C. § 1446(b) because it was commenced within thirty (30) days after Liberty was served with the Complaint.  (Dkt. 1, p. 2.)

**DATED**:     July 31, 2017

**LOCKE LORD LLP**

*/s/ Elizabeth J. Campbell*
Elizabeth J. Campbell
Florida Bar No. 0027916
Trial Counsel
Email:  *ecampbell@lockelord.com*
525 Okeechobee Blvd, Suite 1600
West Palm Beach, FL 33401
Phone (404) 870-4679
Fax (404) 806-5679

*Attorneys for Liberty Home Equity Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2017, I electronically filed the foregoing **REMOVAL STATUS REPORT** with the Clerk of Court using the CM/ECF system, which will serve a copy of the foregoing via transmission of a Notice of Electronic Filing generated by CM/ECF to the following counsel of record:

Ricardo Corona, Esq.
Allyson Morgado, Esq.
**CORONA LAW FIRM, P.A.**
3899 NW 7th Street, Second Floor
Miami, FL 33126
Tel:  (305) 547-1234
Fax:  (305) 266-1151
Email: *Ricky@coronapa.com*
           *amorgado@coronapa.com*

*Attorneys for Plaintiff Felicita El Hassan*

Dennis A. Donet, Esq.
**LAW OFFICE OF DENNIS A. DONET, P.A.**
One Datran Center
9100 S. Dadeland Boulevard, Suite 906
Miami, FL 33156
Tel:  (305) 670-0074
Fax:  (305) 670-0061
Email: *dennis.donet@donetlaw.com*

*Attorneys for Plaintiff Felicita El Hassan*

David Rosenberg, Esq.
Jarrett Cooper, Esq.
**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
6409 Congress Ave., Ste. 100
Boca Raton, FL 33487
Tel:  (561) 241-6901
Fax:  (561) 997-6909
Email: *drosenberg@rasflaw.com*
           *jcooper@rasflaw.com*

*Attorneys for Defendant Robertson, Anschutz & Schneid, P.L.*

           */s/ Elizabeth J. Campbell*
           Elizabeth J. Campbell
           Florida Bar No. 0027916

           *One of the Attorneys for Liberty Home Equity Solutions, Inc.*